UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -4  A II: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., <br><br> Plaintiff <br><br> v. <br><br> AJF WAREHOUSE DISTRIBUTORS INC., and XTRA CORPORATION, <br><br> Defendants. | 04-11212 NG <br><br> Case No. _____ <br><br> RECEIPT # 56336 <br> AMOUNT $ 150 <br> SUMMONS ISSUED ___ <br> LOCAL RULE 4.1 ___ <br> WAIVER FORM ___ <br> MCF ISSUED ___ <br> BY DPTY. CLK. ___ <br> DATE 6-4-04 |

## NOTICE OF REMOVAL

Defendants AJF Warehouse Distributors Inc. ("AJF") and XTRA Corporation ("XTRA"), by their undersigned attorneys, hereby give notice that, pursuant to 28 U.S.C. §§ 1441 and 1446, and Rule 81.1 of the Local Rules of the Untied States District Court for the District of Massachusetts, this action is removed from the Superior Court, Suffolk County, to the United States District Court for the District of Massachusetts. As grounds for removal, Defendants state as follows:

### THE STATE COURT ACTION

1.  On or about February 17, 2004, Plaintiff filed a Complaint and Statement of Damages seeking money damages in Massachusetts Superior Court, Suffolk County, Case No. 04-0704-H. Exhibit 1.

2.  Copies of the Summons, Complaint and Statement of Damages were served on AJF on May 20, 2004. Exhibit 2.

3. Copies of the Summons, Complaint and Statement of Damages were served on XTRA on May 18, 2004. Exhibit 3.

4. Pursuant to 28 U.S.C. § 1446(a), the documents attached as Exhibits 1, 2 and 3 constitute copies of all process, pleadings and orders served upon Defendants in the state court action.

5. Plaintiff alleges in its one count complaint for breach of contract that XTRA is an additional insured under six insurance policies issued by Plaintiff between October 1978 and October 1984 to named insured AJF. Complaint, ¶ 4.

6. Plaintiff further alleges that three of the six policies issued have open retrospective payment programs. Complaint, ¶ 5.

7. Plaintiff further alleges that, in 1991, XTRA became involved in a dispute, ultimately resulting in one or more lawsuits, concerning soil and ground water contamination at the Edgerton Sand and Gravel Landfill ("ES&G landfill") and a neighboring property in Wisconsin. Complaint, ¶ 6.

8. Plaintiff further alleges that the dispute resulted in two settlements between XTRA and Plaintiff. Plaintiff alleges that the first settlement occurred in June of 1995, involving a demand by the Wisconsin Department of Natural Resources that XTRA cleanup the contamination at what is known as the Former Highway Trailer Facility and the ES&G landfill. Plaintiff alleges that the second settlement occurred in February of 1998, involving allegations in a suit filed by some 240 residents along the Rock River, near the ES&G landfill, that XTRA had contaminated their well water with hazardous chemicals. Complaint, ¶¶ 7-9.

9. Plaintiff further alleges that XTRA understood that there were retrospective provisions, that one or more of the retrospective accounts were open, and that, as a result, XTRA would be charged certain amounts for the claims. Complaint, ¶ 14.

10. Plaintiff further alleges that it billed XTRA for its share of the indemnity under the three open policies and that AJF and XTRA have failed to satisfy their obligation with respect to the monies due under the retrospective premium plan. Complaint, ¶¶ 14-18.

11. In its Statement of Damages accompanying the Complaint, Plaintiff alleges that it seeks to recover damages in the amount of $214,232.00 in actual damages plus interest, costs and attorneys' fees.

## DIVERSITY JURISDICTION

12. Plaintiff, Fireman's Fund Risk Management Services, Inc. is a California Corporation with its principal place of business in California. Complaint, ¶ 1; Affidavit of Paul F. Tamburelli ("Tamburelli Aff."), Exhibit 4.

13. Defendant AJF is an Illinois corporation with its principal place of business in St. Louis, Missouri. Tamburelli Aff., ¶ 2.

14. Defendant XTRA is a Delaware corporation with its principal place of business in Westport, Connecticut. Complaint, ¶ 3; Tamburelli Aff., ¶ 3.

15. The amount in controversy exceeds $75,000, exclusive of interests and costs. *See* ¶ 11, *supra*.

16. Thus, this Court has original jurisdiction of the above-captioned action pursuant to 28 U.S.C. § 1332, and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(b).

17.     This notice of removal is timely as it is filed with the Court within 30 days after service on Defendants of service on the Complaint in the state court action.

18.     Under 28 U.S.C. § 1446(a), venue is proper in this District because the Suffolk Superior Court, where this action was filed and had been pending prior to removal, is a state court within this federal district and division.

19.     In accordance with 28 U.S.C. § 1446(d), XTRA will promptly file a copy of this Notice of Removal with the Clerk for Civil Business of the Suffolk Superior Court.

WHEREFORE, the petitioners, AJF Warehouse Distributors, Inc. and XTRA Corporation, prays that further proceedings in the Superior Court, Suffolk County, be discontinued and that this suit be removed to the Untied States District Court for the District of Massachusetts, as the law in such cases provides.

>    Respectfully submitted,
>
>    AJF WAREHOUSE DISTRIBUTORS INC. and
>    XTRA CORPORATION
>    By Its Attorneys,
>
>    _____
>    Jeffrey W. Moss, BBO# 552421
>    Morgan, Lewis & Bockius LLP
>    225 Franklin Street, Suite 1705
>    Boston, Massachusetts 02110
>    Tel:    617.451.9700

Dated: June 4, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Removal* has been forwarded *via* hand-delivery to the following counsel of record on June 4, 2004.

>Mark A. Darling
>Cogavin & Waystack
>Two Center Plaza
>Boston, Massachusetts   02109

Jeffrey W. Moss

1-BO/100226.1

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Fireman's Fund Risk Management Services, Inc.

**DEFENDANTS**
AJF Warehouse Distributors, Inc., and Xtra Corporation

04-11212-NG

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Mark Darling, Esq. BBO# 551285
Cogavin & Waystack
Two Center Plaza, Boston, MA 02108
617.742.3340

Attorneys (If Known)
Jeffrey W. Moss, Esq. BBO# 552421
Morgan Lewis & Bockius LLP
225 Franklin Street, Boston, MA 02110
617.451.9700

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Breach of Contract, Diversity of Citizenship (28 U.S.C. §1332, 1441, 1446) Removal Action

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** $214,232.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 6.2.04

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

1. Title of case (name of first party on each side only) __Freeman's Fund Risk Management Services Inc.__
   __v. AJF Warehouse Distributors, Inc. et al.__

   2004 JUN -4 A 11: 36

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   U.S. DISTRICT COURT
   DISTRICT OF MASS.

   ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,         *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

   _X_ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

   **04-11212 NG**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   __N/A__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ___   NO _X_

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES ___   NO _X_

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ___   NO _X_

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ___   NO _X_

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES _X_   NO _X_

   A. If yes, in which division do all of the non-governmental parties reside?

      Eastern Division _X_    Central Division ___    Western Division ___

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

      Eastern Division _X_    Central Division ___    Western Division ___

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ___   NO _X_

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Jeffrey W. Moss, Morgan, Lewis & Bockius LLP__
ADDRESS __225 Franklin Street, Suite 1705, Boston MA 02110__
TELEPHONE NO. __617.451.9700__

(Coversheetlocal.wpd - 10/17/02)