UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN -7  P 2: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AJF WAREHOUSE DISTRIBUTORS INC., and XTRA CORPORATION, <br><br> Defendants. | Case No. 04-11212 NG |

## AFFIDAVIT OF FILING
## COPY OF NOTICE OF REMOVAL

I, Jeffrey W. Moss, on oath depose and say that on June 4, 2004, I caused to be filed a copy of the Notice of Removal in the above matter with the Clerk for Civil Business, Suffolk Superior Court, Commonwealth of Massachusetts in Case No. 2004-0407-H. A copy of the Notice of Filing Notice of Removal is attached hereto.

Jeffrey W. Moss, BBO# 552421
Morgan, Lewis & Bockius LLP
225 Franklin Street, Suite 1705
Boston, Massachusetts  02110
Tel:   617.451.9700

Dated: June 4, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Affidavit of Filing Copy of Notice of Removal* has been forwarded *via* U.S. mail to the following counsel of record on June 4, 2004.

>Mark A. Darling
>Cogavin & Waystack
>Two Center Plaza
>Boston, Massachusetts   02109

_____
Jeffrey W. Moss

1-BO/100238.1