IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 14  P 2: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

FIREMAN'S FUND RISK
MANAGEMENT SERVICES, INC.,         )
                                                     )
                                                     )
                                                     )
                  Plaintiff,                   )
                                                     )
          v.                                      )     CASE NO.  04-11212 NG
                                                     )
AJF WAREHOUSE DISTRIBUTORS   )
INC. and XTRA CORPORATION,    )
                                                     )
                  Defendants.              )
                                                     )

**NOTICE OF APPEARANCE OF JEFFREY W. MOSS**

I, Jeffrey W. Moss, hereby enter my appearance on behalf of the defendants, AJF

Warehouse Distributors Inc. and XTRA Corporation.

                              Respectfully submitted,

                              AJF WAREHOUSE DISTRIBUTORS INC.
                              and XTRA CORPORATION
                              By Their Attorneys,


                              Jeffrey W. Moss, BBO# 552421
                              Morgan, Lewis & Bockius LLP
                              225 Franklin Street, Suite 1705
                              Boston, Massachusetts   02110
                              Tel:    617.451.9700

Dated:  June 14, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Appearance of*

*Jeffrey W. Moss* has been hand-delivered to the following counsel of record on June 14, 2004.

> Mark A. Darling, Esq.
> Cogavin & Waystack
> Two Center Plaza
> Boston, Massachusetts   02109

Jeffrey W. Moss

1-BO/100229.1