IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUN 14  P 2: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AJF WAREHOUSE DISTRIBUTORS INC. and XTRA CORPORATION, <br><br> Defendants. | CASE NO. 04-11212 NG |

## MOTION TO ADMIT
## NON-RESIDENT ATTORNEY *PRO HAC VICE*

I, Jeffrey W. Moss, of the law firm of Morgan, Lewis & Bockius LLP, counsel for defendants, AJF Warehouse Distributors Inc. and XTRA Corporation, hereby move for the admission *Pro Hac Vice* of Attorney Michael F. Healy of Morgan, Lewis & Bockius LLP in Washington, D.C. pursuant to L.R. 83.5.3(b). The Affidavit of Attorney Healy is submitted herewith in support of this motion.

Respectfully submitted,

AJF WAREHOUSE DISTRIBUTORS INC.
and XTRA CORPORATION
By Their Attorneys,

/s/ Jeffrey W. Moss
Jeffrey W. Moss, BBO# 552421
Morgan, Lewis & Bockius LLP
225 Franklin Street, Suite 1705
Boston, Massachusetts 02110
Tel:   617.451.9700

Dated: June 14, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Motion to Admit Non-Resident Attorney Pro Hac Vice* and *Affidavit of Michael F. Healy* in *Support of Motion to Admit Non-Resident Attorney Pro Hac Vice* have been hand-delivered to the following counsel of record on June 14, 2004.

>Mark A. Darling, Esq.
>Cogavin & Waystack
>Two Center Plaza
>Boston, Massachusetts  02109

_____
Jeffrey W. Moss

1-BO/100228.1

- 2 -