IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 14 P 2: 19
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., <br><br>Plaintiff, <br><br>v. <br><br>AJF WAREHOUSE DISTRIBUTORS INC. and XTRA CORPORATION, <br><br>Defendants. | CASE NO. 04-11212 NG |

FILING FEE PAID:
RECEIPT # 56548
AMOUNT $ 50.00
BY DPTY CLK ___
DATE 6-14-04

### AFFIDAVIT OF MICHAEL F. HEALY
### OFFERED IN SUPPORT OF
### MOTION TO ADMIT NON-RESIDENT ATTORNEY *PRO HAC VICE*

I, Michael F. Healy, hereby apply to the Court for permission to appear and participate in the above-entitled action on behalf of defendants, AJF Warehouse Distributors Inc. and XTRA Corporation, by whom I have been retained, and state:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Avenue, N.W., Washington, D.C. 20004. My telephone number is: 202.739.3000.

2. I have been retained by defendants, AJF Warehouse Distributors Inc. and XTRA Corporation, in this matter.

3. I have been a member in good standing with the District of Columbia Bar since 1977, where I am admitted to practice.

4. There are no disciplinary proceedings or criminal charges pending against me as a member of the District of Columbia Bar.

5.  I am familiar with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts.

7.  AJF Warehouse Distributors Inc. and XTRA Corporation requested that I represent their interests in this matter. It would create serious and substantial hardship for AJF Warehouse Distributors Inc. and XTRA Corporation if I were not allowed to appear and represent them as their counsel in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

_Michael F. Healy_
Michael F. Healy

SUBSCRIBED AND SWORN TO
before me this 10th day of June, 2004

_Carolyn Jana_
Notary Public:  Carolyn L. Jana
              Notary Public District of Columbia
My Commission Expires:  My Commission Expires Oct. 31, 2007

1-BO/100227.1