IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 14  P 2: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

FIREMAN'S FUND RISK )
MANAGEMENT SERVICES, INC., )
)
Plaintiff, )
)
v. ) CASE NO. 04-11212 NG
)
AJF WAREHOUSE DISTRIBUTORS )
INC. and XTRA CORPORATION, )
)
Defendants. )

## DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES

Pursuant to Fed.R.Civ.P. 7.1, Defendants, AJF Warehouse Distributors Inc. and XTRA Corporation, certify that AJF Warehouse Distributors Inc. is an indirect wholly-owned subsidiary of XTRA Corporation which is in turn an indirect wholly-owned subsidiary of Berkshire Hathaway, Inc.

Respectfully submitted,

AJF WAREHOUSE DISTRIBUTORS INC.
and XTRA CORPORATION
By Their Attorneys,

_____
Jeffrey W. Moss, BBO# 552421
Morgan, Lewis & Bockius LLP
225 Franklin Street, Suite 1705
Boston, Massachusetts 02110
Tel:   617.451.9700

Dated: June 14, 2004

Michael F. Healy (*Pro Hac Vice* -- pending)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.   20004
Tel:   202.739.3000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing ***Defendants' Disclosure of Interested Parties*** has been hand-delivered to the following counsel of record on June 14, 2004.

>Mark A. Darling, Esq.
>Cogavin & Waystack
>Two Center Plaza
>Boston, Massachusetts  02109

_____
Jeffrey W. Moss

1-BO/100257.1