IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUN 14 P 2: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AJF WAREHOUSE DISTRIBUTORS INC. and XTRA CORPORATION, <br><br> Defendants. | CASE NO. 04-11212 NG |

## DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO DISMISS UNDER SEAL

The Defendants, AJF Warehouse Distributors Inc. and XTRA Corporation, move to file their Motion to Dismiss and Memorandum of Points and Authorities in support of their motion, which are hereby submitted in a separate, sealed envelope, under seal. This motion is made on the grounds that the motion to dismiss refers to and discusses the terms and conditions of a confidential Settlement Agreement and Release negotiated between XTRA Corporation and several insurers, who are not parties to this action. The Agreement contains a confidentiality provision which prevents the disclosure of the terms and conditions in any respect to any person other than the parties to the Agreement. A copy of the confidential Settlement Agreement and Release is also appended to the moving papers.

WHEREFORE, AJF Warehouse Distributors Inc. and XTRA Corporation respectfully request to this Court:

1. Seal the Motion to Dismiss and Memorandum of Points and Authorities in support of their motion; and

2. Grant such other and further relief as this Court may deem just.

> Respectfully submitted,
>
> AJF WAREHOUSE DISTRIBUTORS INC.
> and XTRA CORPORATION
> By Their Attorneys,
>
> _____
> Jeffrey W. Moss, BBO# 552421
> Morgan, Lewis & Bockius LLP
> 225 Franklin Street, Suite 1705
> Boston, Massachusetts   02110
> Tel:   617.451.9700

Dated:  June 14, 2004

Michael F. Healy (*Pro Hac Vice* -- pending)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.   20004
Tel:   202.739.3000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Defendants' Motion for Leave to File Motion to Dismiss Under Seal, Motion to Dismiss and Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss* has been hand-delivered to the following counsel of record on June 14, 2004.

>Mark A. Darling, Esq.
>Cogavin & Waystack
>Two Center Plaza
>Boston, Massachusetts  02109

_____
Jeffrey W. Moss

1-BO/100262.1