IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., <br> Plaintiff <br><br> vs. <br><br> AJF WAREHOUSE DISTRIBUTORS INC., and XTRA CORPORATION, <br> Defendants | Case No. 04-11212 NG |

## STIPULATION OF PARTIES TO ENLARGE THE TIME FOR FILING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

The parties hereby stipulate that the plaintiff's time for filing its opposition to the defendants' motion to dismiss be enlarged to July 1, 2004.

The Plaintiff,
Fireman's Fund Risk Management Services, Inc,
By its Attorneys,

_____
Mark R. Freitas, BBO# 641205
Cogavin & Waystack
Two Center Plaza
Boston, MA 02108
(617) 742-3340

The Defendants,
AJF Warehouse Distributors, Inc., and
Xtra Corporation,
By their Attorneys,

_____
Jeffrey W. Moss,
Morgan, Lewis & Bockius, LLP
225 Franklin Street, Suite 1705
Boston, MA 02110
(617) 451-9700