IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 30 P 3: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., )<br>Plaintiff )<br> )<br>vs. )<br> )<br>AJF WAREHOUSE DISTRIBUTORS INC., and )<br>XTRA CORPORATION, )<br>Defendants ) | Case No. 04-11212 NG |

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

NOW COMES the plaintiff, Fireman's Fund Risk Management Services, Inc., and

respectfully requests this Honorable Court to amend its Complaint so as to add Associated

Indemnity Corporation and The American Insurance Company as party plaintiffs. In support

thereof, the plaintiff refers to its Statement of Reasons in Support of the Motion to Amend

Complaint and the allegations as set forth in the amended complaint, attached and marked as

Exhibit No. 1.

Attorneys for Plaintiff,
Fireman's Fund Risk Management Services,
Inc.,

Mark R. Freitas, BBO# 641205
Cogavin & Waystack
Two Center Plaza
Boston, MA 02108
(617) 742-3340

## CERTIFICATE OF SERVICE

I, Mark R. Freitas, hereby certify that on this 30th day of June 2004, I served a copy of the attached Motion to Amend Complaint and Statement of Reasons by mailing a copy of same, first-class mail, postage prepaid to counsel of record:

Jeffrey W. Moss,
Morgan, Lewis & Bockius, LLP
225 Franklin Street, Suite 1705
Boston, MA 02110
(617) 451-9700

Michael F. Healy, *pro hac vice*
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Ave, NW
Washington, DC 20004
(202) 739-3300

Mark R. Freitas, BBO# 641205
Cogavin & Waystack
Two Center Plaza
Boston, MA 02108
(617) 742-3340