IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 30 P 3: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., <br> Plaintiff <br><br> vs. <br><br> AJF WAREHOUSE DISTRIBUTORS INC., and XTRA CORPORATION, <br> Defendants | Case No. 04-11212 NG |

## STATEMENT OF REASONS IN SUPPORT OF PLAINTIFF'S TO MOTION TO AMEND COMPLAINT

1. The plaintiff, Fireman's Fund Risk Management Services, Inc., is a party to the underlying settlement agreement by means of the definition of "FIREMAN'S FUND" in that agreement.

2. Associated Indemnity Corporation is explicitly named in the underlying settlement agreement and also falls within the definition of "FIREMAN'S FUND" in that agreement.

3. The American Insurance Company is explicitly named in the underlying settlement agreement and also falls within the definition of "FIREMAN'S FUND" in that agreement.

4. In its Motion to Dismiss, the defendants contended that Fireman's Fund Risk Management Services, Inc., lacked the necessary standing to bring this action because it was not a party to the agreement.

5. Despite its arguments to the contrary, Fireman's Fund Risk Management Services, Inc.,

feels it would be in the best interest for all involved in this case, including the court, to simply add Associated Indemnity Corporation and The American Insurance Company as party plaintiffs.

As such, the plaintiff asks this Court to amend the Complaint to Associated Indemnity Corporation and The American Insurance Company as party plaintiffs

>Attorneys for Plaintiff,
>Fireman's Fund Risk Management Services, Inc.,
>
>_/s/ Mark R. Freitas_
>Mark R. Freitas, BBO# 641205
>Cogavin & Waystack
>Two Center Plaza
>Boston, MA 02108
>(617) 742-3340