UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-11212 NG

FIREMAN'S FUND RISK MANAGEMENT
SERVICES, INC.,
   Plaintiff,

v.

AJF WAREHOUSE DISTRIBUTORS, INC.,
AND XTRA CORPORATION,
   Defendants.

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

### (1) Joint Discovery Plan

| Proposed Deadline | Item |
|---|---|
| 10/03/04 | Automatic Disclosures, per Rule 26(a)(1) |
| 1/5/05 | Completion of Answers to Interrogatories and Responses to Production Requests |
| 07/15/05 | Completion of fact discovery and depositions |
| 08/15/05 | Service of Plaintiff's written expert disclosures |
| 09/15/05 | Service of Defendant's written expert disclosures |
| 11/15/05 | Depositions of Expert Witnesses |
| 12/05 | Pre-Trial Conference |
| 1/06 | Trial |

### (2) Proposed Schedule for Filing of Motions

| Proposed Deadline | Item |
|---|---|
| Summary Judgment Motions | 10/15/2005 |

(3)     **Certifications**

Certifications pursuant to Local Rule 16.1 (D)(3)(a) and (b) will be filed separately.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| DEFENDANTS<br>BY THEIR ATTORNEYS<br>MORGAN, LEWIS & BOCKIUS, LLP | PLAINTIFF<br>BY ITS ATTORNEYS<br>COGAVIN AND WAYSTACK |
| */s/ Jeffrey W. Moss/* | */s/ Mark A. Darling/* |
| Jeffrey W. Moss, Esquire<br>B.B.O. #: 552421<br>225 Franklin Street, Suite 1705<br>Boston, MA 02110<br>(617) 451-9700<br>Michael F. Healy, Esquire<br>D.C. Bar #: 940221<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 739-3000 | Mark A. Darling, Esquire<br>B.B.O. #: 551285<br>Two Center Plaza<br>Boston, Massachusetts 02108<br>(617) 742-3340 |
| Dated: 8/30/04 | Dated: 8/30/04 |