IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AJF WAREHOUSE DISTRIBUTORS INC. and XTRA CORPORATION, <br><br> Defendants. | CASE NO.  04-11212 NG |

### CERTIFICATION OF DEFENDANTS, AJF WAREHOUSE DISTRIBUTORS INC. AND XTRA CORPORATION, PURSUANT TO LOCAL RULE 16.1

Defendants, AJF Warehouse Distributors Inc. and XTRA Corporation, hereby submit the following certification, pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts:

The undersigned counsel and the Defendants hereby affirm that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

AJF WAREHOUSE DISTRIBUTORS INC.
and XTRA CORPORATION
By Their Attorneys,

*[signature]*

Jeffrey W. Moss, BBO# 552421
Morgan, Lewis & Bockius LLP
225 Franklin Street, Suite 1705
Boston, Massachusetts 02110
Tel:    617.451.9700


Michael F. Healy (Admitted *Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel:    202.739.3000


AJF WAREHOUSE DISTRIBUTORS INC.
and XTRA CORPORATION
By its Authorized Representative

*[signature: James Arnold]*

Name: James Arnold
Title: Secretary

Dated: September 7, 2004

1-BO/100363.1

-2-