THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 APR -4 P 2: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., ASSOCIATED INDEMNITY CORPORATION, and THE AMERICAN INSURANCE COMPANY, <br>     Plaintiffs <br><br> vs. <br><br> AJF WAREHOUSE DISTRIBUTORS INC., and XTRA CORPORATION, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No. 04-11212 NG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for Fireman's Fund Risk Management

Services, Inc., Associated Indemnity Corporation, and The American Insurance Company.

Respectfully Submitted,
BY THEIR ATTORNEY,
COGAVIN AND WAYSTACK

_4/1/05_
Date

_Mark R. Freitas_
Mark R. Freitas, Esquire
BBO #: 641205
Two Center Plaza
Boston, Massachusetts 02108
(617) 742-3340

## CERTIFICATE OF SERVICE

I, Mark R. Freitas, Esquire, hereby certify that on April 1, 2005, I served the within Notice of Withdrawal of Appearance by first class mail, postage prepaid, to the following:

Jeffrey W. Moss, Esquire
Morgan, Lewis& Bockius, LLP
225 Franklin Street
Suite 1705
Boston, MA 02110

Michael F. Healy, *pro hac vice*
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Ave, NW
Washington, DC 20004

_Mark R. Freitas_
Mark R. Freitas, Esquire