IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., ASSOCIATED INDEMNITY CORPORATION, and THE AMERICAN INSURANCE COMPANY,<br>    Plaintiffs<br><br>vs.<br><br>AJF WAREHOUSE DISTRIBUTORS INC., and XTRA CORPORATION,<br>    Defendants | Case No. 04-11212 NG |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance for THE PLAINTIFFS, FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., ASSOCIATED INDEMNITY CORPORATION, AND THE AMERICAN INSURANCE COMPANY. The appearance of successor counsel is being filed herewith.

Respectfully Submitted,

THE PLAINTIFFS, FIREMAN'S FUND RISK
MANAGEMENT SERVICES, INC., ASSOCIATED
INDEMNITY CORPORATION, AND THE
AMERICAN INSURANCE COMPANY
BY THEIR ATTORNEYS,

*Mark A. Darling* (cbm)
Mark A. Darling, BBO# 551285
Litchfield Cavo
6 Kimball Lane
Lynnfield, MA 01940
(781)309-1500