IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., ASSOCIATED INDEMNITY CORPORATION, and THE AMERICAN INSURANCE COMPANY,<br>　　　　Plaintiffs<br><br>vs.<br><br>AJF WAREHOUSE DISTRIBUTORS INC., and XTRA CORPORATION,<br>　　　　Defendants | Case No. 04-11212 NG |

## NOTICE OF APPEARANCE

Please enter my appearance for THE PLAINTIFFS, FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., ASSOCIATED INDEMNITY CORPORATION, AND THE AMERICAN INSURANCE COMPANY.

Respectfully Submitted,

THE PLAINTIFFS, FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., ASSOCIATED INDEMNITY CORPORATION, AND THE AMERICAN INSURANCE COMPANY
BY THEIR ATTORNEYS,

_____
David M. Page, B.B.O. #: 556123
Cogavin and Waystack
Two Center Plaza
Boston, MA 02108
(617) 742-3340

## CERTIFICATE OF SERVICE

I, David M. Page, hereby certify that on June 15, 2005, I served a copy of the attached document, by mailing a copy of same, first-class mail, postage prepaid to counsel of record:

Jeffrey W. Moss, Esquire
Morgan, Lewis & Bockius, LLP
225 Franklin Street, Suite 1705
Boston, MA 02110
(617) 451-9700

Michael F. Healy, *pro hac vice*
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Ave, NW
Washington, DC 20004
(202) 739-3300

David M. Page