IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., ASSOCIATED INDEMNITY CORPORATION, and THE AMERICAN INSURANCE COMPANY, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO.  04-11212 NG |
| v. | ) ) | |
| AJF WAREHOUSE DISTRIBUTORS INC. and XTRA CORPORATION, | ) ) ) | |
| Defendants. | ) ) ) | |

## MOTION TO CONTINUE STATUS CONFERENCE -- ASSENTED TO

AJF Warehouse Distributors Inc. and XTRA Corporation, defendants, with the assent of

the plaintiffs, request that the status conference scheduled for July 13, 2005, be rescheduled for

the week of August 8, 2005 or to an alternative date and time that is convenient for the Court.  In

support of this motion, defendants state as follows:

(1)    The status conference, originally scheduled for July 12, 2005, was recently

rescheduled by the Court for July 13, 2005;

(2)    Undersigned counsel for the defendants has a planned vacation beginning July 13,

2005, and will be out of the country;

(3)    There is no other counsel available to attend the scheduled conference on behalf

of the defendants;

(4)    Plaintiffs have assented to the continuance of the status conference.

WHEREFORE, AJF Warehouse Distributors Inc. and XTRA Corporation request that the

status conference scheduled for July 13, 2005 be rescheduled for the week of August 8, 2005, or

to an alternative date that is convenience for the Court.

Respectfully submitted,

AJF Warehouse Distributors Inc.
XTRA Corporation
By Their Attorneys,


*/s/ Jeffrey W. Moss*
Jeffrey W. Moss, BBO# 552421
Morgan, Lewis & Bockius LLP
225 Franklin Street, Suite 1705
Boston, Massachusetts   02110
Tel:    617.451.9700
Fax:    617.451.9710
Email: jmoss@morganlewis.com


Dated:  June 24, 2005


ASSENTED TO:


*/s/ Thomas M. Franco*
Thomas M. Franco, Esq.
David M. Page, Esq., BBO# 556123
Cogavin and Waystack
Two Center Plaza
Boston, Massachusetts   02108
Tel:    617.742.3340
Fax:    617.723.7563

1-BO/100884.1