IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., ASSOCIATED INDEMNITY CORPORATION, and THE AMERICAN INSURANCE COMPANY,<br>    Plaintiffs<br><br>vs.<br><br>AJF WAREHOUSE DISTRIBUTORS INC., and XTRA CORPORATION,<br>    Defendants | Case No. 04-11212 NG |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please be advised that as of August 8, 2005, the new address for the attorney for the plaintiffs, Fireman's Fund Risk Management Services, Inc., Associated Indemnity Corporation and the American Insurance Company, is as follows:

Thomas M. Franco, Esquire
Cogavin and Waystack
One Center Plaza, Suite 310
Boston, MA 02108
Tel. (617) 742-3340
Fax (617) 723-7563

Respectfully Submitted,

THE PLAINTIFFS, FIREMAN'S FUND RISK
MANAGEMENT SERVICES, INC., ASSOCIATED
INDEMNITY CORPORATION, AND THE
AMERICAN INSURANCE COMPANY
BY THEIR ATTORNEYS,

Dated: 8/16/05

Thomas M. Franco, B.B.O. #: 550596
Cogavin and Waystack
One Center Plaza
Boston, MA 02108
(617) 742-3340

## CERTIFICATE OF SERVICE

I, Thomas M. Franco, hereby certify that on August 16, 2005, I served a copy of the attached document, by mailing a copy of same, first-class mail, postage prepaid to counsel of record:

Jeffrey W. Moss, Esquire
Morgan, Lewis & Bockius, LLP
225 Franklin Street, Suite 1705
Boston, MA 02110
(617) 451-9700

Michael F. Healy, *pro hac vice*
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Ave, NW
Washington, DC 20004
(202) 739-3300

Thomas M. Franco