IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FIREMAN'S FUND RISK MANAGEMENT
SERVICES, INC., ASSOCIATED INDEMNITY
CORPORATION AND THE AMERICAN
INSURANCE COMPANY
  Plaintiffs,

Case No. 04-11212 NG

v.

AJF WAREHOUSE DISTRIBUTORS, INC.,
AND XTRA CORPORATION,
  Defendants

## JOINT MOTION TO CONTINUE STATUS CONFERENCE AND AMEND SCHEDULING ORDER

The parties move jointly to continue the status conference currently scheduled for

September 14, 2005 at 2:15 p.m. to November 14, 2005. The status conference was continued

once previously from July 13, 2005 to September 14, 2005. Further, the parties request that the

scheduling order deadlines agreed to in the joint statement pursuant to LR 16.1(D) be amended

as follows: Completion of fact discovery and depositions - November 14, 2005; service of

plaintiffs' written expert disclosures - December 15, 2005; service of defendants' written expert

disclosures - January 15, 2005; depositions of expert witnesses - February 15, 2006; summary

judgment motions - December 15, 2005. As grounds, the parties state that good cause exists as

the completion of discovery has been delayed by the recent appearance of new counsel for the

plaintiffs and, despite good faith efforts by counsel, difficulties in scheduling depositions of out-

of-state witnesses. The parties believe that the status conference should be held following the

completion of discovery, which should allow sufficient time to discuss potential resolution of the case.

WHEREFORE, the parties respectfully request that the scheduling conference be continued and that the deadlines under the scheduling order be amended accordingly.

Respectfully Submitted,

FIREMAN'S FUND RISK MANAGEMENT SERVICES,
INC., ASSOCIATED INDEMNITY CORPORATION AND
THE AMERICAN INSURANCE COMPANY
BY THEIR ATTORNEYS
COGAVIN AND WAYSTACK

$\underline{\quad 9/6/05 \quad}$
Date

Thomas M. Franco
B.B.O. #: 550596
One Center Plaza
Boston, Massachusetts 02108
(617) 742-3340

AJF WAREHOUSE DISTRIBUTORS, INC. AND XTRA
CORPORATION

$\underline{\quad 9/11/05 \quad}$
Date

Jeffrey W. Moss, Esquire
Morgan, Lewis & Bockius, LLP
225 Franklin Street
Suite 1705
Boston, MA 02110

2

## CERTIFICATE OF SERVICE

I, Thomas M. Franco, hereby certify that on September 6, 2005, I served the within document by first class mail, postage prepaid, to the following:

Jeffrey W. Moss, Esquire
Morgan, Lewis & Bockius, LLP
225 Franklin Street
Suite 1705
Boston, MA 02110

_____
Thomas M. Franco

3