IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., ASSOCIATED INDEMNITY CORPORATION, and THE AMERICAN INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>v.<br><br>AJF WAREHOUSE DISTRIBUTORS INC. and XTRA CORPORATION,<br><br>        Defendants. | CASE NO. 04-11212 NG |

## MOTION TO CONTINUE STATUS CONFERENCE -- ASSENTED TO

AJF Warehouse Distributors Inc. and XTRA Corporation, defendants, with the assent of the plaintiffs, request that the status conference scheduled for February 28, 2006, be rescheduled for the following week due to an unexpected scheduling conflict that will require counsel for the defendants to be out of state on February 28, 2006. Both parties are available the afternoons of March 7th, 8th or 9th.

WHEREFORE, AJF Warehouse Distributors Inc. and XTRA Corporation request that the status conference scheduled for February 28, 2006 be rescheduled for the following week.

Respectfully submitted,

AJF Warehouse Distributors Inc.
XTRA Corporation
By Their Attorneys,


*/s/ Jeffrey W. Moss*
Jeffrey W. Moss, BBO# 552421
Morgan, Lewis & Bockius LLP
225 Franklin Street, Suite 1705
Boston, Massachusetts   02110
Tel:    617.451.9700
Fax:    617.451.9710
Email: jmoss@morganlewis.com

Dated:  February 22, 2006

ASSENTED TO:


*/s/ Roger J. Donahue, Jr.*
Roger J. Donahue, Jr., Esq., BBO #129100
Cogavin and Waystack
One Center Plaza
Boston, Massachusetts   02108
Tel:    617.742.3340
Fax:    617.723.7563

1-BO/101233.1