IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., ASSOCIATED INDEMNITY CORPORATION, AND THE AMERICAN INSURANCE COMPANY, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO.   04-11212 NG |
| v. | ) ) | |
| AJF WAREHOUSE DISTRIBUTORS INC., and XTRA CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |

## JOINT MOTION TO EXTEND COURT IMPOSED DEADLINES

Now come the parties in the above-captioned civil action and jointly move this Honorable Court for the issuance of an Order extending the discovery deadline to **June 9, 2006**, as well as the date for filing motions for summary judgment to **June 12, 2006** and oppositions thereto by **June 19, 2006**.  This extension, if allowed, will not disturb the established dates for the Final Pretrial Conference and Trial.

As grounds therefor, counsel state that although the depositions of the parties were noticed before the tolling of the discovery deadline, the depositions were postponed as discussions were ongoing as to the possibility of resolving the underlying dispute in order to avoid the expenditure of additional attorneys' fees and expenses associated with the proceedings. Unfortunately, the parties were unable to reach a resolution at this time.  The parties are in substantial need of the depositions in order to further assess their respective positions,

contemplate the filing of motions for summary judgment and to prepare for trial. These depositions may also facilitate a resolution of the case.

  WHEREFORE, the parties respectfully request that this Honorable Court extend the discovery deadline in this action to June 9, 2006; the date for filing motions for summary judgment to June 12, 2006; and oppositions to summary judgment motions to June 19, 2006.

Respectfully submitted,

| | |
|---|---|
| FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., ASSOCIATED INDEMNITY CORPORATION, AND THE AMERICAN INSURANCE CO.<br>By Their Attorneys, | AJF WAREHOUSE DISTRIBUTORS INC. and XTRA CORPORATION<br>By Their Attorneys, |
| */s/ Roger J. Donahue, Jr.*<br>Roger J. Donahue, Jr., BBO# 129100<br>COGAVIN AND WAYSTACK<br>One Center Plaza<br>Boston, Massachusetts   02108<br>Tel:   617.742.3340 | */s/ Jeffrey W. Moss*<br>Jeffrey W. Moss, BBO# 552421<br>MORGAN, LEWIS & BOCKIUS LLP<br>225 Franklin Street, Suite 1705<br>Boston, Massachusetts   02110<br>Tel:   617.451.9700 |
| | Michael F. Healy (Admitted *Pro Hac Vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C.   20004<br>Tel:   202.739.3000 |

Dated:  May 17, 2006

1-BO/101465.1