IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., ASSOCIATED INDEMNITY CORPORATION and THE AMERICAN INSURANCE COMPANY,<br>　　Plaintiffs,<br><br>v.<br><br>AJF WAREHOUSE DISTRIBUTORS, INC., AND XTRA CORPORATION,<br>　　Defendants. | Case No. 04-11212 NG |

## NOTICE OF APPEARANCE

Please enter our appearance for the plaintiffs, Fireman's Fund Risk Management Services, Inc., Associated Indemnity Corporation and The American Insurance Company.


　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　THE PLAINTIFFS, FIREMAN'S FUND RISK
　　　　　　　　　　　　　　　　　　　　MANAGEMENT SERVICES, INC., ASSOCIATED
　　　　　　　　　　　　　　　　　　　　INDEMNITY CORPORATION, AND THE AMERICAN
　　　　　　　　　　　　　　　　　　　　INSURANCE COMPANY
　　　　　　　　　　　　　　　　　　　　BY THEIR ATTORNEYS,
　　　　　　　　　　　　　　　　　　　　COGAVIN AND WAYSTACK

　　　　　　　　　　　　　　　　　　　　*Roger J. Donahue, Jr.*

_____　　　　　　　_____
Date　　　　　　　　　　　　　　　　　Roger J. Donahue, Jr.
　　　　　　　　　　　　　　　　　　　　B.B.O. #: 129100
　　　　　　　　　　　　　　　　　　　　One Center Plaza
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108
　　　　　　　　　　　　　　　　　　　　(617) 742-3340

<u>CERTIFICATE OF SERVICE</u>

  I, Roger J. Donahue, Jr., hereby certify that on June 22, 2006 I served the within document by first class mail, postage prepaid, to the following:

| | |
|---|---|
| Jeffrey W. Moss, Esquire | Michael F. Healy, *pro hac vice* |
| Morgan, Lewis& Bockius, LLP | Morgan, Lewis & Bockius, LLP |
| 225 Franklin Street, Suite 1705 | 1111 Pennsylvania Ave, NW |
| Boston, MA 02110 | Washington, DC 20004 |

*Roger J. Donahue, Jr.*
_____
Roger J. Donahue, Jr.