IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., ASSOCIATED INDEMNITY CORPORATION and THE AMERICAN INSURANCE COMPANY,<br>   Plaintiffs,<br><br>v.<br><br>AJF WAREHOUSE DISTRIBUTORS, INC., AND XTRA CORPORATION,<br>   Defendants. | Case No. 04-11212 NG |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance for THE PLAINTIFFS, FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., ASSOCIATED INDEMNITY CORPORATION AND THE AMERICAN INSURANCE COMPANY. The appearance of successor counsel is being filed herewith.

 

Respectfully Submitted,

THE PLAINTIFFS, FIREMAN'S FUND RISK
MANAGEMENT SERVICES, INC., ASSOCIATED
INDEMNITY CORPORATION, AND THE AMERICAN
INSURANCE COMPANY
BY THEIR ATTORNEYS,
LONG & LEAHY

_____  
Date

_____  
Thomas M. Franco
B.B.O. #: 550596
100 Summer Street, 11th Floor
Boston, Massachusetts 02110
(617) 439-4777

## CERTIFICATE OF SERVICE

    I, Thomas M. Franco, hereby certify that on June 22, 2006 I served the within document by first class mail, postage prepaid, to the following:

| | |
|---|---|
| Jeffrey W. Moss, Esquire | Michael F. Healy, *pro hac vice* |
| Morgan, Lewis& Bockius, LLP | Morgan, Lewis & Bockius, LLP |
| 225 Franklin Street, Suite 1705 | 1111 Pennsylvania Ave, NW |
| Boston, MA 02110 | Washington, DC 20004 |

_____

Thomas M. Franco