UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC., ASSOCIATED INDEMNITY CORPORATION and THE AMERICAN INSURANCE COMPANY,<br>   Plaintiffs,<br><br>v.<br><br>AJF WAREHOUSE DISTRIBUTORS, INC., AND XTRA CORPORATION,<br>   Defendants. | Case No. 04-11212 NG |

**STIPULATION OF DISMISSAL**

The parties to the above entitled action, pursuant to the provisions of Mass.R.Civ.P. 41, (a)(1)(ii), hereby stipulate that all claims as to the plaintiff against the defendant(s) of the said action be dismissed with prejudice and without costs.

Respectfully Submitted,

| | |
|---|---|
| FIREMAN'S FUND RISK MANAGEMENT SERVICES, INC.<br>BY ITS ATTORNEYS<br>COGAVIN AND WAYSTACK<br><br>/S/<br>_____<br>Roger J. Donahue, Esquire<br>B.B.O. #: 129100<br>One Center Plaza<br>Boston, MA 02108<br>(617) 742-3340 | AJF DISTRIBUTORS, INC.<br>AND XTRA CORPORATION<br>BY THEIR ATTORNEYS<br>MORGAN, LEWIS & BOCKIUS, LLP<br><br>/S/<br>_____<br>Jeffrey W. Moss, Esquire<br>B.B.O. #: 552421<br>225 Franklin Street, Suite 1705<br>Boston, MA 02110<br>(617) 451-9705 |