UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FIREMAN'S FUND RISK MANAGEMENT
SERVICES, INC., ASSOCIATED INDEMNITY
CORPORATION and THE AMERICAN
INSURANCE COMPANY,
   Plaintiffs,

v.

AJF WAREHOUSE DISTRIBUTORS, INC.,
AND XTRA CORPORATION,
   Defendants.

Case No. 04-11212 NG

**STIPULATION OF DISMISSAL**

The parties to the above entitled action, pursuant to the provisions of Fed.R.Civ.P. 41, (a)(1)(ii), hereby stipulate that all claims as to the plaintiff against the defendant(s) of the said action be dismissed with prejudice and without costs.

Respectfully Submitted,

FIREMAN'S FUND RISK MANAGEMENT
SERVICES, INC. ET AL.
BY ITS ATTORNEYS
COGAVIN AND WAYSTACK

/S/ Roger J. Donahue, Jr.

Roger J. Donahue, Esquire
B.B.O. #: 129100
One Center Plaza
Boston, MA 02108
(617) 742-3340

AJF DISTRIBUTORS, INC.
AND XTRA CORPORATION
BY THEIR ATTORNEYS
MORGAN, LEWIS & BOCKIUS, LLP

/S/ Jeffrey W. Moss

Jeffrey W. Moss, Esquire
B.B.O. #: 552421
225 Franklin Street, Suite 1705
Boston, MA 02110
(617) 451-9705